NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHIESI USA, INC., CHIESI FARMACEUTICI S.P.A.,**

*Plaintiffs-Appellees*

v.

**AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LTD.,**

*Defendants-Appellants*

---

2023-1171

---

Appeal from the United States District Court for the District of New Jersey in No. 3:19-cv-18756-ZNQ-LHG, Judge Zahid N. Quraishi.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          CHIESI USA, INC. V. AUROBINDO PHARMA USA, INC.


(2)  Each side shall bear their own costs.


FOR THE COURT

November 29, 2022
      Date                        /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court


**ISSUED AS A MANDATE:** November 29, 2022